Littler

**Littler Mendelson P.C.**
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

August 17, 2026

**MEMO ENDORSED**

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *Abesalashvili, et al. v. CE Solutions, Inc,. et al.*, Case No. 1:26-cv-05690-ER**

Dear Judge Ramos:

This firm represents Consolidated Edison Company of New York, Inc. ("Con Edison") in this action. We write, with Plaintiffs' consent, to request an adjournment of the pre-motion conference currently scheduled for September 10, 2026 at 11:30 a.m. Counsel for Con Edison has a deposition that was previously scheduled for September 10, 2026.

This is the first request for an adjournment of the September 10th pre-motion conference before Your Honor.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Eli Z. Freedberg
Shareholder

cc: All Counsel of Record (via ECF)

The request is granted. The conference scheduled for September 10, 2026 is adjourned until September 15, 2026 at 11:30 a.m.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 17, 2026
New York, New York